980

No. 00–396. FLORIDA v. NIXON. Sup. Ct. Fla. Certiorari denied.

No. 00–399. NELSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–401. 865 CENTENNIAL AVENUE ASSOCIATES LIMITED PARTNERSHIP v. MAZDA MOTOR OF AMERICA, INC. C. A. 3d Cir. Certiorari denied.

No. 00–403. DI TULLIO v. ASSOCIATION OF APARTMENT OWNERS OF PUUONE TERRACE. Sup. Ct. Haw. Certiorari denied.

No. 00–416. HAEGER v. EDMOND ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–464. GEE v. 3900 CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–521. PLEAS ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–548. KARARA v. COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 00–557. WILLIAMS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5168. HUGHES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–5171. GREGG v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–5195. RAMON-SALDIVAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5199. RODRIGUEZ-JUAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5333. HAYES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.